Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com



USPS CERTIFIED MAIL™

9214 8901 1251 3410 0003 8226 40

LIBERTY HOME GUARD, LLC
1202 AVENUE U
#1061
BROOKLYN, NY 11229

**Control Number:** 310991

**Defendant:** LIBERTY HOME GUARD, LLC
1202 AVENUE U
#1061
BROOKLYN, NY 11229 US

**County:** Ohio
**Civil Action:** 23-C-105
**Certified Number:** 92148901125134100003822640
**Service Date:** 7/24/2023

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

**EXHIBIT A**

# SUMMONS

FILED | 7/14/2023 2:20 PM
CC-35-2023-C-105
Ohio County Circuit Clerk
Brenda L. Miller

IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

**Diana Mey v. Liberty Home Guard, LLC**

Service Type:   Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Liberty Home Guard, LLC, 1202 Avenue U #1061, Brooklyb, NY 11229

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Diana Mey, 14 Applewood Dr, Wheeling, WV 26003

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/14/2023 2:20:51 PM
Date

/s/ Brenda L. Miller
Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling place or usual place of abode to _____, a member of the individual's family who is above the age of sixteen (16) years and by advising such person of the purpose of the summons and complaint.

☐ Not Found in Bailiwick

_____        _____
Date                 Server's Signature

ACCEPTED FOR SERVICE OF PROCESS
SECRETARY OF STATE OF WEST VIRGINIA
2023 JUL 24 PM 4:12

FILED | 7/14/2023 2:20 PM
CC-35-2023-C-105
Ohio County Circuit Clerk
Brenda L. Miller

IN THE CIRCUIT COURT OF _____OHIO_____

# CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

## I. CASE STYLE:

**Plaintiff(s)**

DIANA MEY

Case No. _____

Judge: _____

Plantiff's Phone: 304-242-4327

**vs.**

**Defendant(s)**

LIBERTY HOME GUARD LLC
Name

1202 Avenue U #1061
Street Address

Brooklyn, NY 11229
City, State, Zip Code

Days to Answer: 30 days

Type of Service: Secretary of State WV

Defendant's Phone: 833-544-8273

## II. TYPE OF CASE:

- [ ] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other: _____
- [ ] Habeas Corpus/Other Extraordinary Writ
- [✓] Other: Telephone Consumer Protection Act; WVCCPA

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

## III. JURY DEMAND: [✓] Yes [ ] No   CASE WILL BE READY FOR TRIAL BY (Month/Year): 11 / 2024

## IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?

[ ] Yes [✓] No

**IF YES, PLEASE SPECIFY:**
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other: _____

Attorney Name: _____
Firm: _____
Address: _____
Telephone: _____

Representing:
- [ ] Plaintiff
- [ ] Defendant
- [ ] Cross-Defendant
- [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff
- [ ] 3rd-Party Defendant

[✓] Proceeding Without an Attorney

Original and  1  copies of complaint enclosed/attached.

Dated: 07 / 14 / 2023    Signature: /s/ Diana Mey

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)    Revision Date: 4/2020

Plaintiff: DIANA MEY _____, *et al*   Case Number: _____
vs.
Defendant: LIBERTY HOME GUARD LLC _____, *et al*

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

_____   Defendant's Phone: _____
Defendant's Name
                                 Days to Answer: _____
_____
Street Address                   Type of Service: _____

_____
City, State, Zip Code

**SCA-C-100: Civil Case Information Statement-Defendant(s) Continuation Page**        Revision Date: 4/2020

FILED | 7/14/2023 2:20 PM
CC-35-2023-C-105
Ohio County Circuit Clerk
Brenda L. Miller

IN THE CIRCUIT COURT OF _____ OHIO _____

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

Case No. _____

**Plaintiff(s)**

DIANA MEY

Judge: _____

Plantiff's Phone: 304-242-4327

vs.

**Defendant(s)**

LIBERTY HOME GUARD LLC
Name

1202 Avenue U #1061
Street Address

Brooklyn, NY 11229
City, State, Zip Code

Days to Answer: 30 days
Type of Service: WV Secretary of State

Defendant's Phone: 833-544-8273

**II. TYPE OF CASE:**

- [ ] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other: _____
- [ ] Habeas Corpus/Other Extraordinary Writ
- [x] Other: Telephone Consumer Protection Act; WVCCPA

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [x] Yes [ ] No   CASE WILL BE READY FOR TRIAL BY (Month/Year): 11 / 2024

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**

[ ] Yes [x] No

**IF YES, PLEASE SPECIFY:**
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other: _____

Attorney Name: _____
Firm: _____
Address: _____
Telephone: _____

Representing:
- [ ] Plaintiff       [ ] Defendant
- [ ] Cross-Defendant [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff [ ] 3rd-Party Defendant

[x] Proceeding Without an Attorney

Original and 1 copies of complaint enclosed/attached.

Dated: 07 / 14 / 2023   Signature: *Diana Mey*

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)   Revision Date: 4/2020

Plaintiff: DIANA MEY _____ , et al   Case Number: _____
vs.
Defendant: LIBERTY HOME GUARD LLC _____ , et al

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

Defendant's Name _____
Defendant's Phone: _____
Street Address _____
Days to Answer: _____
Type of Service: _____
City, State, Zip Code _____

SCA-C-100: Civil Case Information Statement-Defendant(s) Continuation Page     Revision Date: 4/2020

IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

DIANA MEY,

    Plaintiff,

v.   Civil Action No. _____

LIBERTY HOME GUARD, LLC,

    Defendant.

## COMPLAINT

### PARTIES

1. The Plaintiff, Diana Mey, is a resident and citizen of Ohio County, West Virginia.

2. Defendant, Liberty Home Guard LLC, is a Delaware limited liability company who conducts business in the State of West Virginia.

### JURISDICTION AND VENUE

3. Venue is proper in this Court pursuant to W.Va. Code § 56-1-1 because the acts complained of herein transpired in Ohio County, West Virginia where Defendant transacted business.

4. Defendant's conduct subjects them to personal jurisdiction under the West Virginia long-arm Defendants' conduct subjects them to personal jurisdiction under the West Virginia long-arm statute, W.Va. Code § 56-3-33, because they or those acting on their behalf initiated separate telephone calls and robotext messages to Plaintiff's personal wireless number, beginning with its dedicated West Virginia (304) area code, and thereby intentionally caused her phone to ring in Ohio County, West Virginia for purposes of transacting business in this state; because they caused tortious injury in this state; and because they otherwise engaged in persistent courses of conduct which constitute minimum contacts with this state for purposes of personal jurisdiction.

1

5. Jurisdiction is proper in this Court pursuant to W.Va. Code § 51-2-2, as the amount in controversy exceeds $2,500.00.

## THE TELEPHONE CONSUMER PROTECTION ACT ("TCPA")

6. In 1991, Congress enacted the TCPA to regulate the explosive growth of the automated calling industry. In so doing, Congress recognized that "[u]nrestricted telemarketing....can be an intrusive invasion of privacy[.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

### The TCPA Prohibits all Automated Calls to Protected Numbers

7. The TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice…to any telephone number assigned to a…paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call." *See* 47 U.S.C. § 227(b)(1)(A)(iii).

8. Congress singled out these services for special protection either because Congress realized their special importance in terms of consumer privacy and therefore protected them (as in the case of cellular phones), or because the numbers are assigned to services, like Ms. Mey's VoIP service, for which the called party is charged, thus shifting the cost of automated or prerecorded messages onto consumers. *See Barr v Am. Ass'n of Pol. Consultants, Inc.* 140 S. Ct. 2335, 2363, (2020) (Gorsuch, J. & Thomas, J. concurring in part and dissenting in part).

9. According to findings by the Federal Communication Commission ("FCC"), the agency Congress vested with authority to issue regulations implementing the TCPA, such

2

messages are prohibited because, as Congress found, automated or prerecorded messages are a greater nuisance and invasion of privacy than live ones, are costly, and are inconvenient.

10. The TCPA provides a private cause of action to persons who receive calls in violation of 47 U.S.C. § 227(b)(1)(A). *See* 47 U.S.C. § 227 (b)(3).

11. This cause of action applies to users of any of the four protected services (pager, cellular, specialized mobile radio [i.e. radiotelephone locator beacons or dispatch systems], or another radio common carrier service [i.e. ship-to-shore or air-to-ground]), or any service, including residential, VoIP, and landline services, for which the called party is charged. *See Perrong v Victory Phones LLC,* No. CV 20-5317, 2021 WL 3007258, at *6 (E.D. Pa. July 15, 2021).

12. "Non-emergency prerecorded voice or autodialed calls to [the destinations enumerated in 47 U.S.C. § 227(b)(1)(A)] are permissible only with the prior express consent of the called party."

## FACTS

13. Defendant Liberty Home Guard ("Liberty") is a home warranty company that sells warranty plans for home appliances and systems. To promote its services, Defendant engages in unsolicited marketing to consumers throughout the United States, including West Virginia.

14. To reach as many customers as possible over the telephone, Defendant relies on the use of an ATDS to place "robocalls" and "robotext" messages.

15. Plaintiff's telephone number (the "Number"), 304-242-XXXX, has been on the National Do Not Call Registry continuously since 2003.

16. Plaintiff has never provided Defendant nor their agents express written consent to call or text her, nor does she have an established business relationship with Defendant.

3

17. Beginning February 10, 2022 and continuing through at least February 23, 2022 Defendant and/or their agents initiated at least nine unsolicited telemarketing calls to Plaintiff's wireless Number with the express intent of generating business for Liberty.

18. The Number is assigned to a Voice over Internet Protocol (VoIP) telephone service which allows for voice calls to be placed over a broadband Internet connection.

19. That Number, which is assigned to a VoIP telephone service, is charged for each call or text it receives.

20. The VoIP telephone service provider for the Number is VOIP.MS.

21. The service charges a ring charge of $0.008 for the provision of Caller ID Name lookup information for each call and/or text placed to the Number, even if the call is not answered.

22. The service also charges a per-minute charge of $0.009 per minute for voice charge for each minute of talk time, including voicemail time, for each call placed to the Number.

23. The Number is therefore "assigned to a...service for which the called party is charged for the call" and any calls placed to that Number are subject to the restrictions enumerated in 47 U.S.C. § 227(b)(1)(A)(iii).

24. Thereafter, the Plaintiff contacted the Defendant via their Customer Service email address service@libertyhomeguard.com as listed on Defendant's website LibertyHomeGuard.com. Plaintiff notified Defendant that the Number is listed on the National Do Not Call Registry, that she believed the calls were illegal and requested Defendant send her any evidence substantiating any claim that the calls she received were not illegal.

25. The Plaintiff received no response to this email. In fact, thereafter, beginning on March 10, 2022 and continuing until at least April 7, 2022, Plaintiff received eight marketing text

4

messages from the Defendant to her Number, including this text message from Defendant on April 5, 2022:

> Geoff, get home warranty coverage starting at just $1/day!Sign up TODAY to receive: $200 OFF+ 2 FREE Bonus Months of Coverage+ Free Roof Leak Coverage Get Home Warranty coverage from America's #1 rated home warranty provider by U.S. News & World Report! Give us a call!(866) 288-3920 Learn more: https://www.libertyhomeguard.com/thebesthomewarranties/ STOP to end.



26. Plaintiff never provided her consent or requested these calls or text messages.

27. The calls and text messages were not necessitated by any emergency.

28. Plaintiff was harmed by these calls and text messages. She was temporarily deprived of legitimate use of her telephone and her privacy was improperly invaded. The Plaintiff was charged for the calls and texts. Moreover, they injured Plaintiff because they were frustrating, obvious, annoying, were a nuisance and disturbed the solitude of Plaintiff.

29. Plaintiff has never given Defendants or any of their agents express written consent to call her, nor does she have an established business relationship with any of them.

30. Upon information and belief, the acts complained of herein were either the direct acts of Defendant or the acts of agents authorized to act on their behalf.

31. As such, Defendant is directly liable as to all Counts ascribed herein.

32. In the alternative, the acts complained of herein were carried out by agents operating for Defendant's benefit, or with actual, implied or apparent authority of Defendant, such that Defendant is vicariously liable as to all Counts ascribed herein.

33. In the alternative, Defendant ratified or accepted the benefits of the acts of their agents as described herein, and are therefore jointly and severally liable as to all Counts ascribed herein.

## COUNT I: VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT ("TCPA")

34. The preceding paragraphs are incorporated by reference herein as if set forth in their entirety.

35. The foregoing acts and omissions of Defendant and/or its affiliates, agents, and/or other persons or entities acting on Defendant's behalf constitute numerous and multiple violations of the TCPA, 47 U.S.C. § 227, by sending calls and texts to the telephone number of Plaintiff using an automatic telephone dialing system ("ATDS"). *See* 47 U.S.C. § 227(b)(1)(A).

36. As a result of Defendant's and/or their affiliates, agents, and/or other persons or entities acting on Defendant's behalf's violation of the TCPA, 47 U.S.C. § 227, Plaintiff is entitled to an award of $500 in damages for each and every call and text message initiated to her telephone number for which she is charged for the call or text using an ATDS in violation of the statute, pursuant to 47 U.S.C. § 227(b)(3)(B).

37. Defendant violated the TCPA, either directly or through the actions of others, by initiating more than one telephone call to Plaintiff in a twelve-month period while her number was on the National Do Not Call registry. *See* 47 U.S.C. § 227(c).

6

38. Defendant violated the TCPA, either directly or through the actions of others, by failing to clearly identify themselves during their calls with Plaintiff. *See* 47 C.F.R. § 64.1200 (d)(4).

39. Each of Defendant's actions, or those of agents operating on their behalf, were done willfully or knowingly.

40. Plaintiff is also entitled to and does seek injunctive relief prohibiting Defendant and/or its affiliates, agents, and/o other persons or entities acting on Defendant's behalf from violating the TCPA, 47 U.S.C. § 227, by making calls or sending messages, except for emergency purposes, to any number listed on the National Do Not Call Registry.

41. The Defendant's violations were willful and/or knowing.

WHEREFORE, Plaintiff demands from Defendant statutory penalties and damages as provided by law in the amount of $1,500 per violation, prejudgment and post judgment interest, costs, attorney's fees, and whatever further relief the Court deems appropriate.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

### COUNT II: VIOLATIONS OF THE WEST VIRGINIA CONSUMER CREDIT AND PROTECTION ACT ("WVCCPA") – ABUSIVE ACTS OR PRACTICES

42. The preceding paragraphs are incorporated by reference herein as if set forth in their entirety.

43. Defendant and/or their agents are telemarketers as defined by W.Va. Code § 46A-6F-113.

44. Plaintiff, Diana Mey, is a consumer or purchaser as defined by W.Va. Code § 46A-6F-103.

45. Defendant and/or their telemarketing agents sought to sell consumer goods or services to Plaintiff as defined by W.Va. Code § 46A-6F-104, § 46A-1-102 (47).

7

46. Defendant and/or their agents called and texted Plaintiff with the purpose of making telemarketing solicitations as defined by W.Va. Code § 46A-6F-112.

47. Defendant and/or their agents committed abusive acts or practices as defined by W.Va. Code § 46A-6F-601(a)(2) because they engaged Plaintiff repeatedly or continuously with behavior a reasonable person would deem to be annoying, abusive, or harassing.

48. Defendant and/or their agents committed abusive acts or practices as defined by W.Va. Code § 46A-6F-601(a)(3) because they initiated outbound calls to Plaintiff when she previously indicated she did not want to receive such calls by registering her number on the national Do Not Call registry.

49. Defendant and/or their agents committed abusive acts or practices as defined by W.Va. Code § 46A-6F-601(a)(5) because they engaged in other conduct which would be considered abusive to any reasonable consumer.

50. Each of Defendant's actions, or those of agents operating on their behalf, were done willfully or knowingly.

51. Accordingly, Plaintiff is entitled to relief from Defendant as prescribed by the penalties set forth in W.Va. Code § 46A-6F-701, including actual damages and a penalty in an amount to be determined by the court of not less than one hundred dollars and not more than three thousand dollars per violation.

52. Plaintiff is further entitled to an adjustment for inflation on any award of damages as provided by W.Va. Code § 46A-6F-701(e).

53. Plaintiff is entitled to, and reserves unto herself, all other remedies provided by law according to W.Va. Code § 46A-6F-702.

WHEREFORE, Plaintiff demands from Defendant statutory penalties and damages as provided by law in the amount of $3,000 per violation, prejudgment and post judgment interest, costs, attorney's fees, and whatever further relief the Court deems appropriate.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated: ~~June~~ July 14, 2023

/s/ *Diana L. Mey*

Diana L. Mey
*Plaintiff Pro-Se*
14 Applewood Drive
Wheeling WV 26003
Phone: 304-242-4327
diana_mey@comcast.net



West Virginia E-Filing Notice

CC-35-2023-C-105

Judge: Jason A. Cuomo

**To:** Liberty Home Guard, LLC
1202 Avenue U #1061
Brooklyb, NY 11229

# NOTICE OF FILING

IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA
Diana Mey v. Liberty Home Guard, LLC
CC-35-2023-C-105

The following reissue/additional summons was FILED on 7/14/2023 2:20:51 PM

Notice Date:    7/14/2023 2:20:51 PM

Brenda L. Miller
CLERK OF THE CIRCUIT COURT
Ohio County
1500 Chapline Street
WHEELING, WV 26003

(304) 234-3611
Brenda.Miller@courtswv.gov