# Case Docket Entries

CC-35-2023-C-105

| | | | |
|---|---|---|---|
| Court: **Circuit** | County: **35 - Ohio** | Created Date: **7/14/2023** | Security Level: **Public** |
| Judge: **Jason A. Cuomo** | Case Type: **Civil** | Case Sub-Type: **Other** | Status: **Open** |
| Related Cases: | | | |
| Style: **Diana Mey v. Liberty Home Guard, LLC** | | | |

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 7/14/2023 1:56:28 PM | E-Docketed | | Complaint |
| | 1-1  7/14/2023 | Civil Case Information Statement | | |
| | 1-2  7/14/2023 | Complaint - COMPLAINT | | |
| | 1-3  7/14/2023 | Supporting Document - CIVIL CASE INFORMATION SHEET | | |
| | 1-4  7/14/2023 | Transmittal | | |
| | 1-5  7/14/2023 | Summons | | |
| 2 | 7/14/2023 1:56:28 PM | Judge Assigned | J-05005 | Jason A. Cuomo |
| 3 | 7/14/2023 1:56:28 PM | Party Added | P-001 | Diana Mey |
| 4 | 7/14/2023 1:56:28 PM | Party Added | D-001 | Liberty Home Guard, LLC |
| 5 | 7/14/2023 1:56:28 PM | Service Requested | D-001 | Circuit Clerk - Private Process Server - No Copy Fee |
| 6 | 7/14/2023 2:20:52 PM | E-Docketed | | Reissue/Additional Summons - RE ISSUE A SOS |
| | 6-1  7/14/2023 | Supporting Document - CCIS | | |
| | 6-2  7/14/2023 | Supporting Document - COMPLAINT | | |
| | 6-3  7/14/2023 | Transmittal | | |
| | 6-4  7/14/2023 | Summons | | |
| 7 | 7/14/2023 2:20:52 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 8 | 7/31/2023 3:19:53 PM | E-Docketed | | Service Return - R/S; SOS; ACCEPTED SERVICE ON BEHALF OF LIBERTY HOME GUARD, LLC; 07.24.2023 |
| | 8-1  7/31/2023 | Service Return - R/S; SOS; ACCEPTED SERVICE ON BEHALF OF LIBERTY HOME GUARD, LLC; 07.24.2023 | | |

**EXHIBIT B**

| | | |
|---|---|---|
| User ID: **JasonE.Wolfe** | Page 1 of 1 | Date/Time: **8/23/23 9:11 AM** |