IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,

    PLAINTIFF PRO-SE,

V.                                           CIVIL ACTION NO. _____

LIBERTY HOME GUARD, LLC,

    DEFENDANT.

## DECLARATION OF BENJAMIN JOSEPH

I, Benjamin Joseph, state as follows:

1. I am the Chief Executive Officer and a member of Liberty Home Guard, LLC ("Liberty Home"). I have personal knowledge of the facts stated herein, and if called upon to testify to those facts I could and would competently do so.

2. Liberty Home is a Delaware limited liability company with its principal place of business in Kings County, New York.

3. David Moreno and I are the only members of Liberty Home. I am a citizen and resident of Nassau County, New York. Mr. Moreno is a citizen and resident of Kings County, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August, 2023, at Nassau County, New York.

                                                                      _____
                                                                      Benjamin Joseph

**EXHIBIT C**

16058894.1