

West Virginia E-Filing Notice

CC-35-2023-C-105

Judge: Jason A. Cuomo

**To:** Stuart McMillan
smcmillan@bowlesrice.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA
Diana Mey v. Liberty Home Guard, LLC
CC-35-2023-C-105

The following letter to clerk was FILED on 8/23/2023 3:13:45 PM

Notice Date:    8/23/2023 3:13:45 PM

Brenda L. Miller
CLERK OF THE CIRCUIT COURT
Ohio County
1500 Chapline Street
WHEELING, WV 26003

(304) 234-3611
Brenda.Miller@courtswv.gov

**EXHIBIT D**

E-FILED | 8/23/2023 3:13 PM
CC-35-2023-C-105
Ohio County Circuit Clerk
Brenda L. Miller

## IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

**DIANA MEY,**

    **PLAINTIFF PRO-SE,**

**V.**                                    **CIVIL ACTION NO. CC-35-2023-C-105**
                                            **JUDGE JASON A. CUOMO**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Brenda L. Miller, Clerk
           Ohio County Circuit Court
           City/County Building
           1500 Chapline Street
           Wheeling, West Virginia  26003

    Please take notice that on August 23, 2023, Defendant Liberty Home Guard LLC ("Liberty Home") filed a Notice of Removal effecting the removal of this action from the Circuit Court of Ohio County, West Virginia, to the United States Court for the Northern District of West Virginia. A true and accurate copy of the "Notice of Removal" is attached to this Notice. Pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further with this action unless and until the case is remanded.

                                                                     LIBERTY HOME GUARD, LLC,
                                                                     BY COUNSEL,

*/s/ Stuart A. McMillan*
Stuart A. McMillan (WVSB #6532)
Grayson N. O'Saile (WVSB #14091)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
(304) 347-1110
Fax: (304) 347-1746
smcmillan@bowlesrice.com
gosaile@bowlesrice.com

**IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA**

**DIANA MEY,**

    **PLAINTIFF PRO-SE,**

**V.**                                            **CIVIL ACTION NO. CC-35-2023-105**
                                                   **JUDGE JASON A. CUOMO**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the **23rd day of August, 2023**, I served the foregoing "***Notice of Filing of Notice of Removal***" on Plaintiff Diane Mey, Pro-Se, by mailing the same via first class U.S. Mail, postage pre-paid, in an envelope addressed as follows:

        Diana L. Mey
        14 Applewood Drive
        Wheeling, West Virginia  26003
        *Plaintiff Pro-Se*

                                          /s/ *Stuart A. McMillan*
                                          Stuart A. McMillan (WVSB #6532)

16058937.1