IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

        Plaintiff,

v.                                                         **CIVIL ACTION NO. 5:23-CV-281**
                                                         Judge Bailey

**LIBERTY HOME GUARD, LLC,**

        Defendant.

### FIRST ORDER AND NOTICE REGARDING
### DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED** that:

| | |
|---|---|
| **1. Initial Planning Meeting**<br>On or before: **September 21, 2023** | **3. Initial Disclosures**<br>On or before: **October 19, 2023** |
| **2. Meeting Report**<br>On or before: **October 5, 2023** | **4. Scheduling Conference:**<br>**If necessary** |

    (1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before **September 21, 2023**. At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

    (2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist**

1

(see attached) on or before **October 5, 2023**. The written report shall include the parties' report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **October 19, 2023**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, along with copies of this Court's Scheduling Order Checklist.

**DATED**: August 24, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____                        Civil Action No. _____
Defendant(s).

## SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION          Before -    _____

3. JOINDER AND AMENDMENTS        _____

4. EXPERT DISCLOSURE

   a. With Burden        _____

   b. Without Burden     _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION           _____

7. DISPOSITIVE MOTIONS            _____

                                  _____ Responses

                                  _____ Replies

3

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

                                 a. Objections                 _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

                                 a. Objections                 _____

10. MOTIONS IN LIMINE                 _____

                                 a. Objections                 _____

11. BIOGRAPHICAL SKETCHES        _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

13. FINAL PRETRIAL CONFERENCE     _____

14. Trial                                         _____

         (If non-jury trial, Proposed Findings of Fact
         and Conclusions of Law are to be filed with Court
         and opposing counsel _____)