IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY,

    Plaintiff,

v.                                            Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD,

    Defendant.

FILED

OCT 1 9 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## CERTIFICATE OF SERVICE

I, Diana Mey, appearing pro se, hereby certify that I have served the foregoing Plaintiff's Initial Disclosures upon defendant by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant on October 19, 2023:

    Grayson O'Saile, Esquire
    Bowles Rice
    600 Quarrier Street
    Charleston WV  25301

*/s/ Diana Mey*
Diana Mey, Plaintiff

4