IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY,

    Plaintiff,

v.                                      Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC,

    Defendant.

**FILED** NOV 17 2023 U.S. DISTRICT COURT-WVND WHEELING WV 26003

## NOTICE OF RULE 30(B)(6) DEPOSITION OF LIBERTY HOME GUARD, LLC.

PLEASE TAKE NOTICE that Plaintiff Diana Mey will take the videotaped deposition of Defendant Liberty Home Guard, LLC's designated Rule 30(b)(6) representative(s) regarding the topics set forth herein at a time and place to be determined and as agreed upon by the parties in a subsequent filing. This deposition will be taken upon oral examination for the purpose of discovery, or evidence, or both and will continue from day to day until completed.

Pursuant to Rule 30(b)(6), the matters on which examination is requested are identified below:

    1.    All facts and circumstances known to Liberty concerning the allegations in the complaint.

    2.    Liberty's relationships with any parties who participated in any way in the making of the calls as detailed within the complaint.

3. Liberty's policies and procedures for compliance with the TCPA's do-not-call provisions.

4. The factual basis for any defenses asserted by Liberty in its answer to the complaint or its responses to discovery served by Mey.

5. Complaints received from consumers and/or regulatory bodies related to any telemarketing conducted by or on behalf of Liberty beginning February 10, 2020 through the present and Liberty's response thereto.

**DIANA MEY**

/s/ *Diana Mey*
Diana Mey, Plaintiff Pro Se
14 Applewood Drive
Wheeling WV  26003
diana_mey@comcast.net
304-280-1607

## CERTIFICATE OF SERVICE

I, Diana Mey, appearing pro se, hereby certify that I have served the foregoing Rule 30(b)(6) Notice upon the defendant by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant on November 17, 2023.

> Grayson O'Saile, Esquire
> Bowles Rice LLP
> 600 Quarrier Street
> Charleston WV 25301

/s/ *Diana Mey*
Diana Mey, Plaintiff Pro Se