IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF PRO-SE,**

**V.**                                         **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the **8th day of January, 2024**, I served *Defendant Liberty Home Guard's Responses to Plaintiff's First Discovery Requests to Liberty Home Guard* via Certified Mail, Return Receipt Requested, at the following address:

Diana L. Mey
14 Applewood Drive
Wheeling, West Virginia 26003
diana_mey@comcast.net
(304) 280-1607
*Plaintiff Pro-Se*


                                                       */s/ Grayson N. O'Saile*_____
                                                       Grayson N. O'Saile (WVSB #14091)