**Grayson O'Saile**

| | |
|---|---|
| **From:** | DIANA MEY <diana_mey@comcast.net> |
| **Sent:** | Tuesday, December 5, 2023 2:46 PM |
| **To:** | Grayson O'Saile |
| **Cc:** | Stuart McMillan; Gloria Traylor |
| **Subject:** | RE: Mey v. Liberty Home Guard // 30(b)(6) Deposition |

Mr. O'Saile -

The 31st of January works for me as will holding the deposition remotely.

Thank you-
Diana

> On 12/05/2023 9:55 AM EST Grayson O'Saile <gosaile@bowlesrice.com> wrote:
>
> Ms. Mey,
>
> "The deposition of a corporation by its agents and officers should ordinarily be taken at its principal place of business." WRIGHT, MILLER, KANE, MARCUS & STEINMAN, FEDERAL PRACTICE AND PROCEDURE: CIVIL 2D, Section 2112 (2015 rev.); *see also Salter v. Upjohn Co.*, 593 F.2d 649, 651 (1979) ("'[t]he deposition of a corporation by its agents and officers should ordinarily be taken at its principal place of business,' especially when, as in this case, the corporation is the defendant"); *Allied Security, Inc. v. Massey Energy Co.*, No. 2:08-cv-001170, 2009 WL 10689050, at *2 (S.D.W. Va. Nov. 6, 2009).
>
> If you want to do the deposition remotely, I would have no objection to that.
>
> Good catch that the 28th is on a Sunday. Do you want to shoot for the 31st then?
>
> -Grayson
>
> **Grayson O'Saile**
> Bowles Rice LLP
> gosaile@bowlesrice.com
> 600 Quarrier Street | Charleston, WV 25301

EXHIBIT 1

1