# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF PRO-SE,**

**V.**                                         **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

## AFFIDAVIT

The undersigned, Grayson N. O'Saile, being first duly sworn, deposes and says:

1. On January 26, 2024, Ryan Donovan of Hissam Forman Donovan Ritchie, PLLC notified me that he is now the counsel for Plaintiff.

2. Mr. Donovan also indicated that he intended to proceed with the corporate deposition on January 31, 2024, but intended to change the deposition to be in person, rather than remote as had been agreed.

3. I attempted to meet and confer in good faith with Mr. Donovan regarding the date of the deposition being rescheduled, as I would need to schedule travel to appear in person for the deposition. This was in an attempt to resolve the issue without court action.

4. Mr. Donovan was not amenable to this request, requiring the filing of a Motion for Protective Order.

And further Affiant saith not.

STATE OF WEST VIRGINIA,
COUNTY OF Kanawha , to wit:

_____
Grayson N. O'Saile (WVSB #14091)
BOWLES RICE, LLP

Subscribed and sworn to before me this 26th day of January 2024.

My commission expires  02-02-2027  .

_____
Notary Public

GLORIA J. TRAYLOR
Notary Public Official Seal
State of West Virginia
My Comm. Expires Feb 2, 2027
152 Riverine Drive Winfield WV 25213

16520890.1