IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY**

    **PLAINTIFF,**

**V.**　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

Defendant Liberty Home Guard, LLC, filed a motion for protective order on January 26, 2024, asking the Court to prevent the Plaintiff, Diana Mey, from conducting Defendant's deposition on January 31, 2024. Ms. Mey filed a response on January 28, 2024.

Having considered the parties' arguments and the requirements of Federal Rule of Civil Procedure 26(c), the Court concludes that Ms. Mey's desire to have her counsel appear in-person for the deposition offers no good cause to support the Defendant's motion. Accordingly, it is **DENIED.**

The Clerk is directed to transmit copies of this Order to all counsel of record,

**DATED:** January 29, 2024.

_____
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**