# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF PRO-SE,**

**V.**                                       **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

## AMENDED NOTICE OF VIDEO DEPOSITION OF DIANA MEY

Defendant Liberty Home Guard, LLC, by counsel, will take the following videotaped deposition of Plaintiff Diana Mey pursuant to Rule 30 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| NAME AND ADDRESS OF PERSON TO BE EXAMINED: | Diana Mey<br>14 Applewood Drive<br>Wheeling, West Virginia 26003<br>diana_mey@comcast.net<br>t: (304) 280-1607<br>c/o Ryan M. Donovan, Esq.<br>Andrew C. Robey, Esq.<br>HISSAM FORMAN DONOVAN RITCHIE PLLC<br>P.O. Box 3983<br>Charleston, West Virginia 25339<br>t: (681) 265-3802<br>f: (304) 982-8056<br>rdonovan@hfdrlaw.com<br>arobey@hfdrlaw.com |
| PLACE OF DEPOSITION: | The Maxwell Centre<br>32 Twentieth Street<br>Suite 401<br>Wheeling, West Virginia 26003 |
| DATE AND TIME OF DEPOSITION: | April 11, 2024 at 10:00 a.m. |
| METHOD(S) BY WHICH TESTIMONY SHALL BE RECORDED: | Sound, visual, and/or stenographic |

Said deposition will be taken by an officer authorized by law to administer oaths and will continue from day to day until completed. Said deposition may be used for all purposes allowed by law, including use at trial. You are invited to attend and protect your interests.

Dated this <u>27th</u> day of <u>March</u>, 2024.

          Respectfully submitted,

          */s/ Grayson N. O'Saile*_____
          Stuart A. McMillan (WVSB #6532)
          Grayson N. O'Saile (WVSB #14091)
          Bowles Rice LLP
          600 Quarrier Street
          Charleston, WV 25301
          (304) 347-1110
          Fax: (304) 347-1746
          smcmillan@bowlesrice.com
          gosaile@bowlesrice.com
          *Attorneys for Defendant*
          *Liberty Home Guard, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**DIANA MEY,**

    **PLAINTIFF PRO-SE,**

**V.**                                               **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC,**

    **DEFENDANT.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the **27th day of March, 2024**, I served *Notice of Video Deposition of Diana Mey* upon the below-named individuals via CM/ECF:

Ryan M. Donovan, Esq.
Andrew C. Robey, Esq.
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, West Virginia 25339
t: (681) 265-3802
f: (304) 982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

                                                     */s/ Grayson N. O'Saile*
                                                     Grayson N. O'Saile (WVSB #14091)