IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

      Plaintiff,

  v.                                **CIVIL ACTION NO. 5:23-CV-281**
                                              Judge Bailey

**LIBERTY HOME GUARD, LLC,**

      Defendant.

### ORDER TO SUBMIT SCHEDULING ORDER CHECKLIST

On October 5, 2023, the parties submitted their Report of Parties' Planning Meeting Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure [Doc. 8]. This Court inadvertently did not set a Scheduling Order once the parties filed their 26(f) Report. Accordingly, the parties are hereby **DIRECTED** to file a new 26(f) Report, with the Scheduling Order Checklist (see attached), within **fourteen (14) days** of the entry of this Order.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

**DATED**: June 24, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____     Civil Action No. _____
Defendant(s).

**SCHEDULING ORDER CHECKLIST**

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

2. MEDIATION         Before -

3. JOINDER AND AMENDMENTS

4. EXPERT DISCLOSURE

       a. With Burden

       b. Without Burden

5. EXAMINATION/INSPECTIONS

6. DISCOVERY COMPLETION

7. DISPOSITIVE MOTIONS

       Responses

       Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

       a. Objections

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

       a. Objections

10. MOTIONS IN LIMINE

       a. Objections

11. BIOGRAPHICAL SKETCHES

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

13. FINAL PRETRIAL CONFERENCE

14. Trial

    (If non-jury trial, Proposed Findings of Fact
    and Conclusions of Law are to be filed with Court
    and opposing counsel _____)