IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                                  Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC, and
BEJAMIN JOSEPH,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on September 27, 2024, a true copy of *Plaintiff's First Set of Class Action Discovery to Defendant Liberty Home Guard, Inc.* was served upon all parties of record via email as follows:

Stuart A. McMillan, Esquire
Grayson N. O'Saille, Esquire
BOWLES RICE LLP
600 Quarrier Street
Charleston, WV 25301
smcmillan@bowlesrice.com
gosaile@bowlesrice.com
*Counsel for Liberty Home Guard, LLC*

                                       /s/ *Ryan McCune Donovan*
                                       Ryan McCune Donovan (WVSB #11660)