# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY,**

      **PLAINTIFF,**

**V.**                       **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC and,**
**BENJAMIN JOSEPH,**

      **DEFENDANTS.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the **28th day of October, 2024**, I filed the *Certificate of Service* to *Liberty Home Guard, LLC's Responses to Plaintiff's First Set of Class Action Discovery to Defendant Liberty Home Guard, LLC*, via the Court's CM/ECF Filing system, which will provide notification of such filing to counsel of record.  The undersigned further certifies that he served *Liberty Home Guard, LLC's Responses to Plaintiff's First Set of Class Action Discovery to Defendant Liberty Home Guard, LLC*, via electronic transmission, to counsel of record as follows:

Ryan M. Donovan, Esquire
Andrew C. Robey, Esquire
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, West Virginia 25339
t: (681) 265-3802
f: (304) 982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

                                           */s/ Grayson N. O'Saile*
                                           Grayson N. O'Saile (WVSB #14091)

17175031.1