IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**,

          Plaintiff,

v.                                              Civil Action No. 5:23-CV-281
                                                    Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH**,

          Defendants.

## ORDER

Pending before this Court is Plaintiff Diana Mey's Motion to Compel Class Discovery Responses [Doc. 53], filed December 18, 2024. A Response is due on or before **January 3, 2025**. A Reply is due on or before **January 10, 2025**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 19, 2024.

                                                    JOHN PRESTON BAILEY
                                                    UNITED STATES DISTRICT JUDGE