IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

      Plaintiff,

v.                                                  Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC,

      Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

In July 2024, this Court entered its original scheduling order. [ECF No. 41]. Plaintiff was then granted leave to amend her complaint to include class allegations. [ECF No. 43]. The expanded scope of litigation has thus necessitated additional discovery, led to new (and ongoing) discovery disputes,[1] and will require expert engagement and class certification briefing. To accommodate these needs, Plaintiff moves to extend the discovery deadline out four months from today and to extend all other deadlines accordingly. The parties have not requested any prior amendments to the scheduling order, and Defendant does not oppose this request.

---

[1] In January 2025, this Court granted Plaintiff's motion to compel certain class discovery from Defendant. [ECF No. 57]. Though Defendant has supplemented their discovery in part, deficiencies remain. The requested extension will accommodate ongoing productions from Defendant and afford the parties additional time to resolve any remaining differences.

Accordingly, Plaintiff proposes that the Scheduling Order (ECF No. 41) be amended as follows:

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Examination/ Inspection Deadline | Oct. 18, 2024 | Aug. 4, 2025 |
| Expert Disclosures | Nov. 1, 2024 (with burden)<br>Nov. 22, 2024 (w/o burden) | June 13, 2025 (with burden)<br>July 3, 2025 (w/o burden) |
| Discovery Completion | Dec. 20, 2024 | Aug. 4, 2025 |
| Motions Practice/ Dispositive Motions | Jan. 21, 2025<br>Feb. 21, 2025 (Response)<br>Feb. 28, 2025 (Reply) | Sept. 4, 2025<br>Oct. 3, 2025 (Response)<br>Oct. 10, 2025 (Reply) |
| Biographical Sketches | March 17, 2025 | Oct. 31, 2025 |
| Fed. R. 26(a)(3) Disclosures | March 17, 2025<br>March 21, 2025 (Objections) | Oct. 31, 2025<br>Nov. 7, 2025 (Objections) |
| Mediation Completion | March 28, 2025 | Nov. 14, 2025 |
| Voir Dire, Jury Instructions, and Verdict Forms | April 4, 2025<br>April 18, 2025 (Objections) | Nov. 21, 2025<br>Dec. 5, 2025 (Objections) |
| Joint Pretrial Order | April 29, 2025 | Dec. 16, 2025 |
| Final Pretrial Conference | May 15, 2025 at 3:00pm | Jan. 2026 |
| Jury Trial* | May 20, 2025 at 9:00am | Jan. 20, 2026<br>Jan. 27, 2026<br>Feb. 3, 2026 |

**\*** Per Local Rule 16.01(f), the parties have provided three possible non-consecutive dates for this Court's consideration.

2

**DIANA MEY**

By Counsel:

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

        Plaintiff,

v.                                            Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC,

        Defendant.

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on April 3, 2025, a true copy of *Plaintiff's Unopposed Motion to Amend Scheduling Order* was filed with the Clerk of the Court using the CM/ECF system which will notify all counsel of record via the Court's ECF filing system.

                                                                       /s/ *Andrew C. Robey*
                                                                       Andrew C. Robey (WVSB #12806)