# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF,**

**V.**                                                **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC and,**
**BENJAMIN JOSEPH,**

    **DEFENDANTS.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the **7th day of May, 2025**, I filed the ***Certificate of Service*** to *Defendant Liberty Home Guard, LLC's Second Set of Interrogatories, Requests for Production, and Requests for Admissions to Plaintiff*, via the Court's CM/ECF Filing system, which will provide notification of such filing to counsel of record. The undersigned further certifies that he served *Defendant Liberty Home Guard, LLC's Second Set of Interrogatories, Requests for Production, and Requests for Admissions to Plaintiff*, via electronic transmission, to counsel of record as follows:

Ryan M. Donovan, Esquire
Andrew C. Robey, Esquire
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, West Virginia 25339
t: (681) 265-3802
f: (304) 982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

                                                       */s/ Grayson N. O'Saile*
                                                       Grayson N. O'Saile (WVSB #14091)

17607245.1