IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

       Plaintiff,

v.                                             Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC,

       Defendant.

### CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on the 9th day of May, 2025, *Plaintiff's Second Set of Combined Discovery to Defendant* was served upon all counsel of record via electronic mail and U.S. Mail as follows:

Stuart A. McMillan, Esquire
Grayson N. O'Saille, Esquire
BOWLES RICE LLP
600 Quarrier Street
Charleston, WV 25301
*Counsel for Liberty Home Guard, LLC*

                                                  /s/ *Andrew C. Robey*
                                                  Andrew C. Robey (WVSB #12806)