IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

       Plaintiff,

v.                                                       Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC,

       Defendant.

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on June 27, 2025, a true copy of *Plaintiff's Rule 26(a)(2) Disclosure* was served upon all parties of record via U.S. Mail and electronic mail as follows:

> Stuart A. McMillan, Esquire
> Grayson N. O'Saille, Esquire
> BOWLES RICE LLP
> 600 Quarrier Street
> Charleston, WV 25301
> smcmillan@bowlesrice.com
> gosaile@bowlesrice.com
> *Counsel for Liberty Home Guard, LLC*

                                                          /s/ *Ryan M. Donovan*
                                                          Ryan M. Donovan (WVSB #11660)