IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**,

    Plaintiff,

v.                                     **Civil Action No. 5:23-CV-281**
                                             Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

    Defendants.

## ORDER

Pending before this Court is Plaintiff's Motion for Leave to File Under Seal and Integrated Memorandum in Support [Doc. 75], filed July 15, 2025. Therein, plaintiff moves for leave to file under seal Exhibit C to Plaintiff's Motion for Sanctions and Enforcement of Discovery Order because Exhibit C contains communications designated as "Confidential." [Doc. 75 at 1].

The Motion [**Doc. 75**] is **GRANTED**. The Clerk is **DIRECTED** to **FILE UNDER SEAL**:

- Exhibit C [Doc. 75-1] to Plaintiff's Motion for Sanctions and Enforcement of Discovery Order [Doc. 74].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: July 16, 2025.

JOHN PRESTON BAILEY  
UNITED STATES DISTRICT JUDGE