IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

            Plaintiff,

v.                                          **Civil Action No. 5:23-CV-281**
                                                    Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

           Defendants.

### ORDER

Pending before this Court is Defendants' Second Motion to Extend Deadline to File Response to Plaintiff's Motion for Class Certification [Doc. 106], filed September 30, 2025. Therein, defendants request an extension of their October 8, 2025 deadline to October 14, 2025, because their sole client representatives, the co-CEOs of Liberty Home Guard (one of whom is also a named defendant), will be unavailable during the Jewish high holy days of Yom Kippur, the Sabbath, and Sukkot. [Doc. 106 at 1]. They argue this provides good cause, as counsel will need additional business days to confer with their clients once the holiday restrictions end. [Id.].

The Motion [**Doc. 106**] is **GRANTED**. Defendants may file a Response to Plaintiff's Motion for Class Certification on or before **October 14, 2025**. Plaintiff's Reply is due on or before **October 24, 2025**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 1, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE