IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**,

    Plaintiff,

    v.        **Civil Action No. 5:23-CV-281**
        Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

    Defendants.

## ORDER

Pending before this Court is Defendants' Unopposed Motion for Status Conference [Doc. 108], filed September 30, 2025. Therein, defendants request that the Court schedule a conference with the parties to address the status of the case, including the pending motions and Defendants' compliance with the Court's production orders. *See* [Doc. 108].

Defendants' Unopposed Motion for Status Conference [**Doc. 108**] is **GRANTED**. An **in-person** Status Conference is hereby **SCHEDULED** for **Friday, October 17, 2025, at 11:00 a.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 1, 2025.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE