# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**DIANA MEY**,

    Plaintiff,

v.                                        **Civil Action No. 5:23-CV-281**
                                              Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

    Defendants.

## ORDER

Pending before this Court is Defendants' Motion for Leave to File Additional Page in Reply in Support for Motion for Summary Judgment [Doc. 120], filed October 24, 2025. Therein, defendants move for leave to file a Reply brief that is one (1) page longer than the standard page limitation in support of Defendants' Motion for Summary Judgment. *See* [Doc. 120].

For good cause shown, the Motion [**Doc. 120**] is **GRANTED**. Defendants are granted leave to file one (1) page longer than the standard page limitation in Reply in support for Defendants' Motion for Summary Judgment.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to all counsel on record herein.

**DATED:** October 27, 2025.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE