IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC and
BENJAMIN JOSEPH,

    Defendants.

## PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS

Plaintiff Diana Mey filed her *Motion to Certify Class* on September 10, 2025. Defendants' *Response in Opposition* was filed on October 14, 2025.

The Plaintiff's reply is due on November 7, 2025, and Plaintiff was prepared to meet that deadline. However, on the afternoon of November 6, 2025, Defendants filed, without first seeking the Court's leave, a *Corrected Response in Opposition to Plaintiff's Motion to Certify Class*. Though Defendants' counsel has represented that the *Corrected Response* contains "nothing substantive that will affect [Plaintiff's] reply," the full extent to which Defendants' *Corrected Response* differs from their original brief is not yet clear to Plaintiff. Plaintiff asked Defendants to provide a redline, but Defendants have not done so.

In order to allow Plaintiff a reasonable opportunity to identify and assess any changes to Defendants' response, Plaintiff respectfully requests an additional three

business days—that is, until November 12, 2025—to reply to the *Corrected Response*. In an abundance of caution, Plaintiff also requests a five-page enlargement of the page limit for her reply, in the event that additional pages are necessary to respond to any new material in the *Corrected Response*.

**DIANA MEY**

By Counsel:

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, a true copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will notify all counsel of record via the Court's ECF filing system.

/s/ *Andrew C. Robey*
Andrew C. Robey (WVSB #12806)
