IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**,

          Plaintiff,

    v.                                **Civil Action No. 5:23-CV-281**
                                              Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

          Defendants.

## ORDER

Pending before this Court is Plaintiff's Motion to Extend Deadline for Reply in Support of Motion to Certify Class [Doc. 126], filed November 6, 2025. Therein, plaintiff requests an additional three (3) business days to reply to the Corrected Response [Doc. 125] filed by defendants on November 6, 2025. Plaintiff also requests a five-page enlargement of the page limit for her reply. [Doc. 126 at 1–2].

For good cause shown, the Motion [**Doc. 126**] is **GRANTED**. Plaintiff has until on or before **November 12, 2025** to file her Reply in Support of Motion to Certify Class. Plaintiff is also permitted a **five-page** enlargement of the page limit for her Reply in Support of Motion to Certify Class.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to all counsel on record herein.

**DATED:** November 7, 2025.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE