IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**,

        Plaintiff,

v.                                 **Civil Action No. 5:23-CV-281**
                                    Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

        Defendants.

## ORDER

Pending before this Court is Defendants' Motion to Seal and for Leave to File Redacted Documents and Integrated Memorandum in Support [Doc. 129], filed November 14, 2025.  Therein, defendants request the Court to place the following previously filed documents under seal:

(1) Declaration of Benjamin Joseph in Support of Defendants' Response in Opposition to Plaintiff's Motion for Class Certification and tabs attached thereto, ECF No. 115-1; and

(2) Declaration of Benjamin Joseph in Support of Defendants' Motion for Summary Judgment (Sept. 10, 2025) and attachments thereto, ECF No. 95-4.

[Doc. 129 at 1].  Moreover, defendants request the Court grant them leave to re-file redacted versions of those documents on the public document because the documents

1

contain personally identifying information of Mr. Skadra and a third party, including home addresses, email addresses, and IP addresses. [Id.].

The Motion [**Doc. 129**] is **GRANTED**. The Clerk is **DIRECTED** to **FILE UNDER SEAL**:

- Declaration of Benjamin Joseph in Support of Defendants' Response in Opposition to Plaintiff's Motion for Class Certification and tabs attached thereto, [Doc. 115-1] and

- Declaration of Benjamin Joseph in Support of Defendants' Motion for Summary Judgment (Sept. 10, 2025) and attachments thereto, [Doc. 95-4].

Defendants are **DIRECTED TO RE-FILE** redacted versions of these documents on or before **November 19, 2025** to the public docket.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: November 17, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE