# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF,**

v.                                    **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC and**
**BENJAMIN JOSEPH,**

    **DEFENDANTS.**

## DEFENDANTS' NOTICE OF FILING REDACTED DOCUMENTS

Defendants Liberty Home Guard, LLC, and Benjamin Joseph (collectively, "Defendants"), hereby provide notice that, pursuant to this Court's November 17, 2025, Order, ECF No. 133, they file the following redacted documents in connection with Defendants' Motion for Summary Judgment, ECF No. 95, and Response in Opposition to Plaintiff's Motion to Certify Class, ECF No. 115:

1. Declaration of Benjamin Joseph in Support of Defendants' Motion for Summary Judgment (Sept. 10, 2025) and attachments thereto; and

2. Declaration of Benjamin Joseph in Support of Defendants' Response in Opposition to Plaintiff's Motion for Class Certification and tabs attached thereto.

[*signatures on following page*]

Respectfully submitted,

*/s/ Grayson N. O'Saile*
Stuart A. McMillan (WVSB #6532)
Grayson N. O'Saile (WVSB #14091)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
(304) 347-1110
Fax: (304) 347-1746
smcmillan@bowlesrice.com
gosaile@bowlesrice.com

*/s/ Trishanda L. Treadwell*
Ryan D. Watstein (*pro hac vice*)
ryan@wtlaw.com
Trishanda L. Treadwell (*pro hac vice*)
ttreadwell@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th St NE, Suite 2600
Atlanta, Georgia 30309
(404) 905-6400

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF,**

**v.**                                           **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC and**
**BENJAMIN JOSEPH,**

    **DEFENDANTS.**

## CERTIFICATE OF SERVICE

I, Grayson N. O'Saile, counsel for Defendants Liberty Home Guard LLC and Benjamin Joseph, hereby certify that on the **17th day of November, 2025**, I filed ***Defendants' Notice of Filing Redacted Documents***, via the Court's CM/ECF system, which will provide notification of such filing to all counsel of record.

                                                          */s/ Grayson N. O'Saile*
                                                          Grayson N. O'Saile (WVSB #14091)