IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                      Civil Action No. 5:23-cv-281

LIBERTY HOME GUARD, LLC and
BENJAMIN JOSEPH,

    Defendants.

## ORDER EXTENDING MEDIATION DEADLINE

The Court notes that the current mediation deadline is December 1, 2025. [ECF No. 117]. The parties have advised that they have requested the assistance of Magistrate Judge Michael Aloi as mediator, and that he has indicated his willingness to serve if appointed. Because Magistrate Judge Aloi is not available before the existing deadline, and for good cause shown, the Court appoints Magistrate Judge Aloi as mediator and extends the mediation deadline to December 15, 2025.

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

Dated: November 19, 2025.

John Preston Bailey
United States District Judge