FILED: December 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-231
(5:23-cv-00281-JPB-JPM)

_____

LIBERTY HOME GUARD, LLC; BENJAMIN JOSEPH

       Petitioners

v.

DIANA MEY

       Respondent

___

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
| Date Petition Filed: | 12/17/2025 |
| Petitioner(s) | Liberty Home Guard, LLC; Benjamin Joseph |
| Appellate Case Number | 25-231 |
| Case Manager | K. Stump<br>804-916-2702 |