IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY,**

    **PLAINTIFF,**

v.                                                         **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC, and**
**BENJAMIN JOSEPH,**

    **DEFENDANTS.**

## JOINT MOTION TO EXTEND CLASS NOTICE DEADLINES

Plaintiff Diana Mey and Defendants Liberty Home Guard, LLC, and Benjamin Joseph (jointly the "Parties"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, jointly move this Court for an extension of deadlines for the parties to comply with notice requirements set forth in the Court's Class Certification Order, ECF No. 139.

In support of this Motion, the Parties state as follows:

1. On December 3, 2025, the Court entered an Order granting Plaintiff's Motion for Class Certification. ECF No. 139.

2. The Court further ordered Plaintiff to submit her proposed notice to the defined class for the Court's approval by January 2, 2026. *Id.* at 26.

3. Pursuant to Rule 23(c)(2)(B), the Court must approve the form and manner of class notice before the notice is disseminated.

4. On December 16, 2025, this Court issued an Order vacating all pretrial deadlines and the trial date and directing the parties to submit a joint proposed schedule for remaining pretrial deadlines within fourteen (14) days of the completion of class notice requirements. ECF No. 143.

5. On December 15, 2025, Defendants filed their Motion for Reconsideration of the Court's Class Certification Order. ECF No. 142.

6. On December 17, 2025, Defendants filed a Rule 23(f) Petition for Permission to Appeal from Order Granting Class Certification Pursuant to Fed. R. Civ. P. 23(f). ECF No. 148.

7. The Parties have conferred and agree that extending the current deadlines for submitting proposed notice until after the Fourth Circuit adjudicates the pending Rule 23(f) Petition would promote judicial efficiency and serve the interests of Defendants and the Class.

8. Accordingly, the Parties jointly request that the notice deadlines be extended through and including March 9, 2026, or fourteen (14) days following an order from the Fourth Circuit adjudicating the Rule 23(f) Petition, whichever comes first.[1]

9. This request for an extension is not brought for purposes of delay. Moreover, neither party will be prejudiced by the requested relief.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and extend the deadline for Plaintiff to submit her proposed class notice to the defined class, through and including March 9, 2026, or fourteen (14) days following an Order from the Fourth Circuit adjudicating Defendants' Rule 23(f) Petition.

[*signatures on following page*]

---

[1] Defendants reserve the right to seek a further stay of court proceedings in the event the Fourth Circuit grants the Rule 23(f) Petition, while Plaintiff reserves her right to oppose that request.

Dated: December 24, 2025

                                            Respectfully submitted,

*/s/ Ryan M. Donovan\**
\**By T. Treadwell with express permission*
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

*Counsel for Plaintiff*

*/s/ Shaina L. Richardson*
William J. O'Brien, Esquire (WVSB #10549)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
304-933-8000
304-933-8183 (Facsimile)
william.obrien@steptoe-johnson.com

Shaina L. Richardson, Esquire (WVSB #12685)
Steptoe & Johnson PLLC
1000 Swiss Pine Way, Suite 200
PO Box 1616
Morgantown, WV 26507
304-598-8000
304-598-8116 (Facsimile)
shaina.richardson@steptoe-johnson.com

*/s/ Trishanda L. Treadwell*
Ryan D. Watstein (*pro hac vice*)
ryan@wtlaw.com
Trishanda L. Treadwell (*pro hac vice*)
ttreadwell@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th St NE, Suite 2600
Atlanta, Georgia 30309
(404) 905-6400

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Shaina L. Richardson*
Shaina L. Richardson, Esquire (WVSB #12685)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY,

    PLAINTIFF,

v.                                  CIVIL ACTION NO. 5:23-CV-281

LIBERTY HOME GUARD, LLC and
BENJAMIN JOSEPH,

    DEFENDANTS,

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND NOTICE DEADLINES

Pending before the Court is the Parties' Joint Motion to Extend Notice Deadlines. The Court, having reviewed the motion and finding good cause, **ORDERS** that the Motion is **GRANTED**. The deadline for Plaintiff to submit a proposed class notice to a defined class is hereby extended through and including March 9, 2026, or within fourteen (14) days following an order from the Fourth Circuit adjudicating the Rule 23(f) Petition, whichever comes first.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

DATED: _____, 2025.

                                                  _____
                                                  JOHN PRESTON BAILEY
                                                  UNITED STATES DISTRICT JUDGE