IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

        Plaintiff,

v.                                                 **Civil Action No. 5:23-CV-281**
                                                          Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

        Defendants.

## ORDER

Pending before this Court are Defendants' Rule 54(b) Motion for Reconsideration of the Court's Order Granting Class Certification [Doc. 142], filed December 15, 2025, and Defendants' Motion to Stay Pending Rule 23(f) Appeal [Doc. 162], filed January 28, 2026.

Because the tasks that remain to be completed in this case relate to or flow from class certification, the Court will **GRANT** Defendants' Motion to Stay Pending Rule 23(f) Appeal [**Doc. 162**]. This matter is hereby **STAYED** pending the Fourth Circuit's ruling on the pending appeal. Defendants shall file a notice within **seven (7) days** of the Fourth Circuit's decision on the Petition to inform the Court of the status of the appeal.

Defendants' Rule 54(b) Motion for Reconsideration of the Court's Order Granting Class Certification [**Doc. 142**] is **DENIED AS MOOT**, as the pending appeal concerns the Court's Order granting class certification. See **Doe v. Pub. Citizen**, 749 F.3d 246, 258 (4th Cir. 2014) ("[A] timely filed notice of appeal transfers jurisdiction of the case to the court of

1

appeals and strips a district court of jurisdiction to rule on any matters involved in the appeal.").

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 29, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE