**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**DIANA MEY,**

Plaintiff,

v.                                                              **Civil Action No. 5:23-CV-281**
                                                                Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

Defendants.

**ORDER**

On March 24, 2026, the Court stated:

If the Fourth Circuit remanded this case pursuant to Rule 62.1, the Court

would (1) vacate its December 3, 2025 Order granting class certification

[Doc. 139] and (2) enter an expedited schedule for renewed Rule 23

proceedings directed to a modified and narrower class definition.

[Doc. 173 at 11].   On May 4, 2026, the Fourth Circuit remanded the case for

implementation of the Court's indicative ruling.  *See* [Doc. 174].

Therefore, the Court hereby **VACATES** its December 3, 2025 Order granting class

certification [**Doc. 139**].  Any renewed Rule 23 Motion is due on or before **May 29, 2026**.

Any Response is due on or before **June 12, 2026**.  Any Reply is due **June 19, 2026**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: May 5, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE