**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY,** on behalf of herself
and a class of others similarly situated,

Plaintiff,

v.

**Civil Action No. 5:23-CV-281**
Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

Defendants.

## SCHEDULING ORDER GOVERNING RENEWED CLASS CERTIFICATION PROCEEDINGS

On December 3, 2025, this Court entered an Order granting class certification [Doc. 139]. Defendants thereafter petitioned for interlocutory review under Rule 23(f), which the Fourth Circuit granted. [Docs. 147, 148, 157]. On March 24, 2026, this Court issued an indicative ruling under Federal Rule of Civil Procedure 62.1 stating that, upon remand, it would (1) vacate the December 3, 2025 class certification Order and (2) enter an expedited schedule for renewed Rule 23 proceedings directed to a modified and narrower class definition. [Doc. 173]. The Fourth Circuit subsequently remanded the case for implementation of the indicative ruling. [Doc. 174].

Accordingly, the Court, having vacated the December 3, 2025 class certification Order [Doc. 139] without prejudice pursuant to Rule 23(c)(1)(C), hereby **GRANTS** Plaintiff's

Motion for Entry of Scheduling Order Governing Renewed Class Certification Proceedings [**Doc. 176**] and **ORDERS** as follows:

**Scope of Proceedings**. These proceedings are limited to class-certification issues under Rule 23.  Discovery permitted under this Order shall be limited to matters relevant to class certification, including the proposed class definition, numerosity, commonality, typicality, adequacy, predominance, superiority, and ascertainability.  Merits discovery is **not** reopened.

**Discovery Period**. Discovery directed to class-certification issues shall be completed within **sixty (60) days** of entry of this Order ("Discovery Completion Date").

**Permitted Discovery**. Discovery may include:

(a) Discovery concerning the proposed narrowed class definition, including lead channel, time period, and applicable terms and conditions;

(b) Defendants' records relevant to the proposed class, including call and text records, lead-source data, opt-out or "Remove/DNC" records, and arbitration or class-waiver records;

(c) One (1) Rule 30(b)(6) deposition limited to class-certification topics;

(d) Depositions of any newly proposed class representatives, if applicable.  In that regard, plaintiff shall disclose the identity of any new proposed class representative within **fourteen (14) days** of the date of this Order;

(e) Documents, records, affidavits, or other materials produced by defendants after the close of the prior discovery period, including materials produced on or after October 6, 2025; and

(f) Any additional discovery agreed upon by the parties relevant to class certification.

**Expert Supplementation**. Any party whose expert previously submitted a report or declaration in connection with class-certification proceedings may serve a supplemental report no later than **forty-five (45) days** after entry of this Order.  Any opposing or rebuttal expert supplementation shall be served by the Discovery Completion Date.

**Discovery Disputes**.

(a) For purposes of these renewed class-certification proceedings, the reference to the Magistrate Judge for discovery disputes is **WITHDRAWN**.  All discovery disputes shall be presented directly to the undersigned.

(b) Prior to filing any discovery motion, the parties shall meet and confer in good faith consistent with Local Rule 37.01 and Rule 37 of the Federal Rules of Civil Procedure.

(c) Responses to discovery motions shall be filed within **seven (7) days**.  Replies may be filed within **three (3) days** thereafter.

(d) Unless otherwise ordered, any deadline affected by a pending discovery motion shall be automatically extended by the number of days between the filing of the motion and the Court's ruling.  This provision applies to the Discovery Completion Date and all related downstream deadlines.

**Class-Certification Briefing**.

(a) Plaintiff shall file any renewed motion for class certification, together with supporting memoranda, exhibits, and expert materials, within **twenty-one (21) days** of the Discovery Completion Date.

(b) Defendants shall file any response within **twenty-one (21) days** thereafter.

(c) Plaintiff shall file any reply within **fourteen (14) days** after service of defendants' response.

**Page Limitations**. Memoranda in support of and in opposition to class certification shall not exceed twenty-five (25) pages.  Reply memoranda shall not exceed fifteen (15) pages.

**Cooperation**. The parties shall cooperate in good faith to complete these proceedings within the time provided.  Extensions shall be granted only upon a showing of good cause.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: June 10, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE