**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DIANA MEY,**

    **Plaintiff,**

**v.**                                                                 **CIVIL ACTION NO. 5:23-CV-281**

**LIBERTY HOME GUARD, LLC**
**and BENJAMIN JOSEPH,**

    **Defendants.**

**NOTICE OF FILING MOTION FOR**
**EXPEDITED RELIEF IN THE FOURTH CIRCUIT**

Defendants hereby give notice of their Motion for Expedited Relief to Enforce the Remand Order and to Bar the Use of Confidential Discovery Materials to Solicit New Class Representatives, filed in the United States Court of Appeals for the Fourth Circuit on June 18, 2026.

Respectfully submitted this 23rd day of June, 2026.

/s/ Shaina L. Richardson
William J. O'Brien, Esquire
(WVSB #10549)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
304-933-8000
304-933-8183 (Facsimile)
william.obrien@steptoe-johnson.com

Shaina L. Richardson, Esquire
(WVSB #12685)
Steptoe & Johnson PLLC
1000 Swiss Pine Way, Suite 200
PO Box 1616
Morgantown, WV 26507
304-598-8000
304-598-8116 (Facsimile)
shaina.richardson@steptoe-johnson.com

Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Trishanda L. Treadwell (pro hac vice)
ttreadwell@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th St NE, Suite 2600
Atlanta, Georgia 30309
(404) 905-6400

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Shaina L. Richardson
Shaina L. Richardson (WVSB #12685)