**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY,**

        Plaintiff,

        v.                                  **Civil Action No. 5:23-CV-281**
                                                          Judge Bailey

**LIBERTY HOME GUARD, LLC** and
**BENJAMIN JOSEPH,**

        Defendants.

## <u>ORDER</u>

Pending before the Court is Plaintiff's Motion to Stay Deadlines Pending Resolution of Defendants' Fourth Circuit Motion Challenging the Scheduling Order [Doc. 189], filed June 26, 2026.  Therein, plaintiff moves the Court to stay all deadlines under the June 10, 2026 Scheduling Order [Doc. 185] pending resolution of defendants' Motion for Expedited Relief filed in the United States Court of Appeals for the Fourth Circuit on June 18, 2026 [Doc. 188].  *See* [Doc. 189].

Defendants filed a Notice of non-opposition to plaintiff's Motion to Stay. *See* [Doc. 190].

Seeing that the parties are in agreement, Plaintiff's Motion to Stay Deadlines Pending Resolution of Defendants' Fourth Circuit Motion Challenging the Scheduling Order [**Doc. 189**] is hereby **GRANTED**.  Accordingly, all deadlines set forth in the Court's June 10, 2026 Scheduling Order [Doc. 185], including the Discovery Completion Date and all

1

subsequent case management deadlines, are hereby **STAYED** pending resolution of the appeal.   Upon issuance of the Fourth Circuit's ruling, the Court will recalculate the applicable deadlines and enter an amended Scheduling Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: June 29, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE